■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SMITH, Appellant. [643 NYS2d 290] —Judgment unanimously affirmed. Memorandum: We reject the contention that defendant was denied effective assistance of counsel because his attorney was compelled to take a position adverse to him (*cf., People v Welsh*, 207 AD2d 1025, 1026). Defense counsel made no comment adverse to defendant during the *Outley* hearing (*see, People v Outley*, 80 NY2d 702). He confirmed that defendant had called his office on the scheduled date of sentencing, and he supported the explanation proffered by defendant concerning possible danger that defendant might suffer if he appeared in court. Defense counsel urged the court to impose the sentence initially promised. Under the circumstances, the voluntary statement of defense counsel regarding the efforts of his office to locate defendant and the accessibility of his office for messages, made after the court had decided to impose an enhanced sentence, did not deprive defendant of meaningful assistance. Finally, we have reviewed defendant's remaining contention and conclude that it is without merit. (Appeal from Judgment of Onondaga County Court, McCarthy, J.—Attempted Criminal Possession Controlled Substance, 4th Degree.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.

■ MICHAEL D. PERCY, Appellant, v STATE OF NEW YORK, Respondent. (Claim No. 84241.) (Appeal No. 2.) [643 NYS2d 464] —Appeal unanimously dismissed without costs (*see, Empire Ins. Co. v Food City*, 167 AD2d 983, 984). (Appeal from Order of Court of Claims, Bell, J.—Reargument.) Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.